# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00687-CR

**Jesus Villalobos, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-13-600008, THE HONORABLE CLIFFORD BROWN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant filed his notice of appeal in the trial court on October 16, 2013. After granting multiple requests of Kimberly Lee, the court reporter, for extensions of time to file the reporter's record, this Court sent a notice to Ms. Lee informing her that the reporter's record is overdue. In response, Ms. Lee filed a notice stating that record would be filed on July 2, 2014. To date, the reporter's record has not been filed, and we have received no further communications from Ms. Lee.

We therefore order Ms. Lee to prepare and tender the reporter's record in this cause for filing no later than July 28, 2014. *See* Tex. R. App. P. 35.3(c), 37.3(a)(2). No further extensions

will be granted.  The failure to tender the record by that date will result in Ms. Lee being called before this Court to show cause why she should not be held in contempt of court for violating this order.

It is so ordered on this the 16th day of July, 2014.


Before Chief Justice Jones, Justices Rose and Goodwin

Do Not Publish